AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br>MYLES JORDAN MARICLE PENA<br><br>*Defendant(s)* | )<br>)<br>) Case No.
)    4:17-MJ-594
)
)
) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 16-17, 2017__ in the county of __Polk__ in the __Southern__ District of __Iowa__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 922(g)(3) | Unlawful Drug User in Possession of a Firearm |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Charles M. Mulherin, Special Agent, ATF
*Printed name and title*

☑ Sworn to before me and signed in my presence.

☐ Sworn to before me by telephone or other reliable electronic means.

Date: __12/18/2017__

_____
*Judge's signature*

City and state: __Des Moines, Iowa__     Helen C. Adams, Chief U.S. Magistrate Judge
*Printed name and title*

RECEIVED 2017 DEC 18 PM 3:09 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:17-MJ-594 |
| v. | |
| MYLES JORDAN MARICLE PENA, | AFFIDAVIT |
| Defendant. | |

I, Charles Mulherin, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives, United States Department of Justice, [hereinafter ATF] and have been so employed since December of 2013. I am currently assigned to the Kansas City Field Division where I investigate violations of federal law. I am authorized to conduct criminal investigations, make arrests, and obtain search warrants. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program, the ATF National Academy, and the East Georgia Regional Police Academy.

2. Prior to my employment with the ATF, I was employed as a law enforcement officer with the Richmond County Sheriff's Office in Augusta, Georgia. I was employed with the Richmond County Sheriff's Office from December of 2004 until December of 2013. Prior to seeking employment in law enforcement, I received a Bachelor of Science Degree in Justice Studies from Georgia Southern University in Statesboro, Georgia.

3. Based on my training and experience, I am familiar with federal criminal laws and know that it is a violation of Title 18, United States Code, Section 922(g)(3), for

an unlawful user of controlled substances to knowingly possess a firearm that has been shipped or transported in interstate commerce  Through my training and experience, I possess sufficient knowledge and understanding of the previously noted type of offense to investigate and derive beliefs from known facts.

4.     This affidavit contains information necessary to support probable cause for this application. It is not intended to include every fact or detail observed by me or known by law enforcement. The information provided is based on my personal knowledge and observation during the course of this investigation, information conveyed to me by other law enforcement officials, and my review of records, documents, and other physical evidence obtained during the investigation.

5.     Based on the facts set forth in this affidavit, there is probable cause to believe that MYLES JORDAN MARICLE PENA committed a violation of 18 U.S.C. § 922(g)(3).

## PROBABLE CAUSE

6.     Between the dates of November 16, 2017 and December 14, 2017, three federal firearms licensees (FFL) were burglarized in the Des Moines Metropolitan area.

7.     On December 16, 2017, ATF S/A Charles Mulherin spoke with Detective Vern Lukehart of the Clive Police Department. Detective Lukehart reported that multiple individuals had been arrested by the Des Moines Police Department during a law enforcement encounter on December 16, 2017. During the course of that encounter, Des Moines Police Officers recovered a black Smith and Wesson M&P handgun that had been reported stolen during one of the above-described burglaries.

8. On December 16, 2017, S/A Mulherin and Detective Lukehart interviewed one of those arrested individuals (cooperating defendant #1) at the Polk County Jail. Cooperating defendant #1 stated that during the evening hours of December 14, 2017, s/he met with MYLES JORDAN MARICLE PENA in the parking lot of the Walgreens located at the intersection of East 14th Street and University Avenue in Des Moines. Cooperating defendant #1 stated s/he sold PENA a silver Taurus .45 caliber handgun with a drum-style magazine for $600. The cooperating defendant stated s/he then gave PENA $150 back along with a quantity of marijuana in exchange for the black Smith and Wesson M&P handgun stolen from one of the burglaries. The cooperating defendant stated the Smith and Wesson M&P handgun purchased from PENA was later seized by the Des Moines Police Department during the law enforcement encounter on December 16, 2017.

9. On December 16, 2017, S/A Mulherin interviewed a second individual (cooperating defendant #2) from the Des Moines Police Department arrest referenced above. Cooperating defendant #2 stated s/her was familiar with PENA and knew he maintained a Snapchat account. Cooperating defendant #2 facilitated S/A Mulherin's review of PENA's Snapchat account. S/A Mulherin observed a Snapchat video posted on or about December 15, 2017 that showed PENA holding a silver handgun with a green laser and a drum-style magazine that was similar to the firearm that cooperating defendant #1 stated s/he sold to PENA on December 14, 2017. The video also showed PENA holding a second silver handgun but with a red laser. S/A Mulherin observed a second Snapchat video posted on or about December 16, 2017 from PENA's account that showed PENA holding a silver handgun with a green laser and a drum-style magazine that was similar to the firearm that cooperating defendant #1 stated s/he sold to PENA on December 14, 2017,

later a quantity of a green leafy substance consistent in appearance with marijuana, and finally PENA in a car where a second firearm is observed on the floorboard.

10. On or about December 16, 2017, S/A Mulherin applied for and received a search warrant for PENA's residence located in the 900 block of California in Des Moines, Iowa. On or about December 17, 2017, law enforcement officers executed the search warrant and located PENA in his bedroom. Upon entering PENA's bedroom, officers detected a strong odor of marijuana emanating from within. In searching PENA's bedroom, officers located:

 a. Two baggies of marijuana weighing approximately nine (9) grams in an end table directly next to the bed,

 b. A Glock 9mm handgun magazine located immediately next to the two baggies of marijuana;

 c. A bottle of promethazine with the name scratched off on top of the end table directly next to the bed; and

 d. A silver Taurus .45 caliber firearm with a green laser sight and a loaded magazine located between the mattress and box spring of PENA's bed.

11. In reviewing PENA's criminal history, attendant court records from the Iowa District Court for Polk County, and in speaking with the Iowa Department of Corrections, S/A Mulherin learned PENA pled guilty on or about September 4, 2014 in Polk County Criminal Number SRCR276787 to Possession of a Controlled Substance. In pleading guilty, PENA admitted possessing marijuana for personal use in Polk County, Iowa on June 4, 2014. On September 26, 2014, PENA admitted to Probation Officer Ben Meyer that he used marijuana. On January 23, 2015, PENA admitted to Probation Officer

Paula Elliott that he used marijuana. On February 4, 2015, PENA tested positive for THC and admitted to Probation Officer Paula Elliot that he recently smoked marijuana. On August 7, 2015, PENA's probation was revoked in Polk County Criminal Number SRCR276787. In revoking PENA's probation, the Court found PENA's last reported use of marijuana was August 3, 2015.

12. In reviewing Polk County Criminal Number SRCR309910, S/A Mulherin learned PENA was arrested by the Des Moines Police Department on or about September 29, 2017 for Possession of a Controlled Substance wherein PENA was found operating a motor vehicle containing burnt marijuana residue.

13. In examining the seized silver Taurus .45 caliber firearm, S/A Mulherin confirmed it was manufactured outside the State of Iowa and that it matched the firearm depicted in the Snapchat video described above.

## CONCLUSION

Based on the facts set forth in this affidavit, it is the affiant's belief that there is probable cause to believe that MYLES JORDAN MARICLE PENA has committed the following offense:

- Unlawful User in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(3) and 924(d).

4:17-MJ-594

I further state and declare that all of the statements and information contained herein are true and correct to the best of my knowledge, information and belief.

_____
Charles Mulherin, Special Agent
Bureau of Alcohol, Tobacco, Firearms &
Explosives

Subscribed to and sworn before me this 18th day of December, 2017.

_____
Helen C. Adams
Chief United States Magistrate Judge